```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
SARAH ARCHIBOLD and
DONALD MARVIN,
                                                              ORDER ADOPTING
                                                              REPORT AND
                                                              RECOMMENDATION

               Plaintiffs,

                                                              11 CV 5796 (SJ) (LB)

       -against-

TRISTATE ATM, INC. and
DOES 1-10, et al.,

               Defendants.
---------------------------------------------------X
SARAH ARCHIBOLD and
DONALD MARVIN,


               Plaintiffs,

                                                              12 CV 847 (SJ) (LB)

       -against-

CASH ON THE SPOT SERVS., LLC
and DOES 1-10, et al.,

               Defendants.
---------------------------------------------------X
```

**A P P E A R A N C E S**

The Law Offices of E. David Hoskins, LLC
2 Hamill Road
Suite 362
Baltimore, MD 21210
By: E. David Hoskins
*Attorney for Plaintiffs*

**JOHNSON, Senior District Judge:**

Presently before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge Lois Bloom, recommending that the Court enter default judgment and award Plaintiffs $825.00 against each defendant. Judge Bloom issued the Report on September 7, 2012, and provided the parties with the requisite amount of time to file any objections. Neither party filed any objections to the Report. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Bloom's recommendations were due on September 21, 2012. No objections to the Report were filed with this Court. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Bloom's Report in its entirety. The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: March 15, 2012            /s
       Brooklyn, NY            Senior United States District Judge